UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| SHARI L. NELSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ACE STEEL AND RECYCLING, INC.,<br>a South Dakota Corporation doing business as<br>Cow Country Equipment, Inc.,<br><br>    Defendant. | Civ. 10-3010<br><br><br>**JOINT MOTION FOR DISMISSAL** |

IT IS STIPULATED AND AGREED by and between A. Russell Janklow of Janklow Law Firm, Prof. L.L.C., attorneys for Plaintiff Shari L. Nelson, and Sara Frankenstein of Gunderson, Palmer, Nelson and Ashmore, attorneys for Defendant(s), that this action may be dismissed on its merits, with prejudice, with each party to pay its own costs, expenses and fees. It is further

STIPULATED AND AGREED that the Court may make and enter its Judgment of Dismissal without further notice or hearing to either party, such hearing or notice being expressly waived.

Dated this 4th day of September, 2012.

JANKLOW LAW FIRM, PROF. L.L.C.

BY /s/ A. Russell Janklow
A. Russell Janklow
Kimberly J. Lanham
1700 W. Russell Street
Sioux Falls, SD 57104
(605) 332-0101
Email: russ@janklowlaw.com
        kim@janklowlaw.com
*Attorneys for Plaintiff*

Dated this 4th day of September, 2012.

GUNDERSON, PALMER, NELSON
& ASHMORE

BY /s/ Sara Frankenstein
Ms. Sara Frankenstein
P.O. Box 8045
Rapid City, SD 57709
Email: sfrankenstein@gpnalaw.com

*Attorneys for Defendant*

2