UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| SHARI L. NELSON, | * | CIV 10-3010-RAL |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | JUDGMENT OF |
| | * | DISMISSAL |
| ACE STEEL AND RECYCLING, INC., | * | |
| a South Dakota Corporation doing | * | |
| business as Cow Country Equipment, | * | |
| Inc., | * | |
| | * | |
| Defendant. | * | |

On September 4, 2012, the parties filed a Joint Motion for Dismissal (Doc. 50). Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

Dated September 5, 2012.

BY THE COURT:

/s/ *Roberto A. Lange*
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE